THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America | : | Case No.  1:19cv346-TSB |
| | : | Judge: Timothy S. Black |
| v. | : | Corporate Disclosure Statement |
| | : | |
| Miller-Valentine Operations, Inc., et al. | : | |
| | : | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Allegheny Pointe Limited Partnership and all Defendants listed in Exhibit A        .

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

    ___ YES    ✓ NO

    If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    _____
    _____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ___ YES    ✓ NO

    If the answer is YES, list the identity of such corporation and the nature of the financial interest.

    _____
    _____

/s/Scott Parrish Moore                    08/09/2019
Signature of Counsel                      Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## CERTIFICATE OF SERVICE

This will certify that the foregoing was filed electronically on August 9, 2019.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Scott P. Moore
Scott Parrish Moore

## **EXHIBIT A**

Allegheny Pointe Limited Partnership
Carriage Trails Senior Village, LLC
Galena Estates, LLC
Gallatin Park Apartments, LLC
Hampshire Terrace II Limited Partnership
Harmony Senior Village, LLC
Lake Towne Senior Village, LLC
Madison Place Senior Apartments, LLC
Meadow Vista Senior Villas, LLC
TX Nolanville Apartments, LTD. Co.
Pinecrest Apartments, LLC
Reserve at Rose Bud, LLC
Reserve at Spencer, LLC
Delaware Place Senior Apartments, LLC
Riverview Bluffs Associates, LP
Western Center Reserve, LLC
St. Rita's Senior Housing, LLC
The Enclave at Winston-Salem, LLC
Twin Lakes Senior Villas Limited Partnership
Villas at Twin Cedars, LLC
Weatherwood Place Limited Partnership
Whitehouse Square Senior Village, LLC